| | |
|---|---|
| 1 | Jordan L. Lurie (SBN 130013) |
| | Jordan.Lurie@capstonelawyers.com |
| 2 | Robert K. Friedl (SBN 134947) |
| | Robert.Friedl@capstonelawyers.com |
| 3 | Tarek H. Zohdy (SBN 247775) |
| | Tarek.Zohdy@capstonelawyers.com |
| 4 | Cody R. Padgett (SBN 275553) |
| | Cody.Padgett@capstonelawyers.com |
| 5 | Capstone Law APC |
| | 1840 Century Park East, Suite 450 |
| 6 | Los Angeles, California 90067 |
| | Telephone:    (310) 556-4811 |
| 7 | Facsimile:    (310) 943-0396 |

Attorneys for Plaintiffs Andrew Grundman
and Martin MacKerel

*[Attorneys Continued on Following Page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GRUNDMAN and MARTIN MACKEREL, individually, and on behalf of all other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LOCAL LIGHTHOUSE CORP., a California corporation,<br><br>    Defendant. | Case No.:  15-cv-00825-KJM-CKD<br><br>**ORDER TRANSFERING VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**<br><br>**[28 U.S.C. § 1404(a)]** |

Pursuant to the Stipulation of plaintiffs Andrew Grundman and Martin MacKerel and defendant Local Lighthouse Corp., and GOOD CAUSE appearing therefore:

1. The above-captioned matter is transferred to the Central District of California, Southern Division, pursuant to 28 U.S.C. § 1404(a).

/////

/////

2. The Status (Pretrial Scheduling) Conference hearing date and all related dates are vacated.

**IT IS SO ORDERED.**

Dated:  August 19, 2015

_____
UNITED STATES DISTRICT JUDGE